# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

AFTER CONSIDERING THE APPLICATIONS for executive clemency of the following named persons, I hereby commute the total sentence of imprisonment each of the following named persons is now serving to expire on **April 18, 2017**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| Name | Reg. No. |
|---|---|
| **Demetri D. Alexander** | Reg. No. 11483-031 |
| **Darrell Atkins** | Reg. No. 16622-039 |
| **Handy Bailey, Jr.** | Reg. No. 21856-018 |
| **Jason C. Brown** | Reg. No. 14077-026 |
| **Theartis Daniels** | Reg. No. 42199-018 |
| **Michael Leroy Darity** | Reg. No. 94673-071 |
| **Curtis Drayton** | Reg. No. 09299-002 |
| **George Ralph Ellis** | Reg. No. 25095-001 |
| **Aaron Glasscock** | Reg. No. 11167-017 |
| **Franklin Goodwin, Jr.** | Reg. No. 11806-031 |
| **Daryl Lain Hook,** aka Darryl Lain Hook | Reg. No. 03471-063 |
| **Harold Dean Jones** | Reg. No. 10411-039 |
| **Dana William Lasich** | Reg. No. 08965-073 |
| **Clinton Stanley Matthews,** aka Ian Bernard Matthew, aka Craig Jerrod Ingram, aka William Christopher Hinton | Reg. No. 25514-083 |
| **Ralph McIver** | Reg. No. 23137-004 |
| **Jamael Aaron Nettles** | Reg. No. 09339-003 |
| **Todd Alan Scofield** | Reg. No. 09695-073 |
| **Terence Devon Scott** | Reg. No. 11904-084 |
| **Stacia Smith** | Reg. No. 14319-424 |
| **Jerry Lee Thompson** | Reg. No. 22869-077 |
| **Jaycee Williams, Jr.** | Reg. No. 06351-017 |
| **Kevin Wise** | Reg. No. 04561-000 |
| **Harold Dwight Wooten** | Reg. No. 19191-057 |
| **Delmar Anton Zeigler** | Reg. No. 13897-064 |

I hereby commute the total sentence of imprisonment each of the following named persons is now serving to expire on **April 18, 2017**. I also remit the unpaid balance of the fine imposed by the court on each individual. I leave intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| Name | Reg. No. |
|---|---|
| **Korell Ellis** | Reg. No. 21008-056 |
| **Willie Goudeau** | Reg. No. 13090-078 |
| **Gerald Anthony Harris** | Reg. No. 69070-080 |
| **Michael Dwayne Holmes** | Reg. No. 07030-078 |

    I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **240 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Maurice Anderson** | Reg. No. 34064-177 |
| **Amilcar Butler** | Reg. No. 17854-075 |
| **Leonard A. Clement** | Reg. No. 20417-058 |
| **Anthony Timothy Dodd** | Reg. No. 06845-030 |
| **Alpidio Gonzalez** | Reg. No. 06089-078 |
| **Jeffrey Gray** | Reg. No. 61190-066 |
| **Derrick Isom** | Reg. No. 05794-070 |
| **Nathaniel Law** | Reg. No. 27182-016 |
| **Gerardo Leyva** | Reg. No. 33519-177 |
| **Raphael Marice Tinsley** | Reg. No. 06642-017 |
| **Gary Dean White** | Reg. No. 20019-058 |

    I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **300 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Peter Christian Boulette** | Reg. No. 24225-009 |
| **Robert Joyner** | Reg. No. 13667-171 |

    I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **360 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Darryl Jerome Baker** | Reg. No. 08196-018 |
| **Milton DeJesus-Bones** | Reg. No. 29997-066 |
| **Tammie Twyone Francis** | Reg. No. 05240-045 |
| **Malcolm Hartzog** | Reg. No. 02391-043 |
| **Stanley Knox** | Reg. No. 10297-042 |
| **Schearean Jean Means** | Reg. No. 19958-001 |

    I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **360 months' imprisonment**, leaving intact and in effect for each named person all other components of each respective sentence. I also direct the Bureau of Prisons to place each of the following named persons on prerelease custody during the final year of his incarceration:

| | |
|---|---|
| **Gregory Anthony Collins** | Reg. No. 02209-025 |
| **Paul Free** | Reg. No. 42235-198 |
| **Darnell L. Walker** | Reg. No. 35112-060 |

    I hereby further commute the total sentence of imprisonment imposed upon **Billy Mel Alford**, Reg. No. 13555-077, to a term of **360 months' imprisonment**. I also remit the unpaid balance, if any, of the $150,000 fine imposed by the court that may remain when his term of incarceration has expired. I leave intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

    I hereby further commute the total sentence of imprisonment imposed upon **Antonio Jose Alonzo**, Reg. No. 42830-079, to a term of **292 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Troy V. Cleveland**, Reg. No. 19684-083, to a term of **328 months' imprisonment**, leaving intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Gary Lee Gordon**, Reg. No. 09637-046, to expire on **December 19, 2017**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Cullen Reed Harris**, Reg. No. 01864-063, to a term of **420 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Demetrius Carvon Harris**, Reg. No. 12774-041, to expire on **June 17, 2017**, leaving intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Corey Jacobs**, Reg. No. 17061-112, to a term of **264 months' imprisonment**, leaving intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Timothy Orlando Rainey**, Reg. No. 05769-003, to a term of **235 months' imprisonment**, leaving intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Shawn Sadler, aka Tangulifu M. Barber, aka Carlos T. Watts**, Reg. No. 15497-171, to a term of **151 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Terry Earl Stewart**, Reg. No. 46272-080, to a term of **327 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Kenneth Demon Terry**, Reg. No. 32836-044, to expire on **March 19, 2018**, leaving intact and in effect the four-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Billy Dee Williams**, Reg. No. 19872-058, to a term of **228 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

**I HEREBY DESIGNATE**, direct, and empower the Pardon Attorney, as my representative, to deliver to the Bureau of Prisons a certified copy of the signed warrant as evidence of my action in order to carry into effect the terms of these grants of clemency, and to deliver a certified copy of the signed warrant to each of the persons to whom I have granted clemency as evidence of my action.

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington this Nineteenth day of December in the year of our Lord Two thousand and sixteen and of the Independence of the United States the two hundred and forty-first.*

**BARACK OBAMA**
**President**